**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: June 19, 2019**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:

Louis Alan Maier
aka Louis A Maier
aka Louis Maier
aka Louie Maier

_____Debtor*_____/

Case No.
9:19−bk−05580−FMD
Chapter 7

### *ORDER ABATING MOTION FOR RELIEF OF CO DEBTOR STAY*

THIS CASE came on for consideration, without hearing, of the Motion for Relief from Co−Debtor Stay by QBE Insurance Corporation , Doc. # 10 . After review, the Court determines that the motion , is deficient as follows:

> Service upon the individual respondent at the individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession is not indicated. Fed. R. Bankr. P. 7004(b)(1).

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013−1(e).

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.