**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

LOUIS ALAN MAIER,                                         Chapter 7
                                                         Case No.: 9:19-bk-05580-FMD

                       Debtor.

_____/

**DEBTOR'S NOTICE OF 2004**
**EXAMINATION OF QBE INSURANCE CORPORATION**
*(Production of Documents Only)*

PLEASE TAKE NOTICE that the Debtor, by and through undersigned counsel and pursuant to Fed. R. Bankr. P. 2004 and L.R. 2004-1, demands production of (1) an itemization of all amounts paid on behalf of East Coast Electric; (2) invoices supporting the itemization of amounts paid on behalf of East Coast Electric; (3) itemization of all settlements made by job, including but not limited to the job known as "DW" and "16 School"; and (4) all change orders settled and signed, including but not limited to jobs known as "#35", "16 School", and "DW".

The requested documents shall be produced on or before August 1, 2019 to David W. Fineman, Esq. via email at dfineman@DellutriLawGroup.com or, alternatively, delivered to The

1

Dellutri Law Group, P.A., 1436 Royal Palm Square Boulevard, Fort Myers, Florida 33919 for inspection and copying.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2019, a true and correct copy of the foregoing was served upon **all persons receiving electronic notice via the Court's CM/ECF system in this case** including James S. Myers, Esq., counsel for QBE Insurance Corporation.

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, FL 33919
239-939-0900
239-210-3681 – Dir.
239-939-0588 – Fax
www.DellutriLawGroup.com

*/s/ David W. Fineman*
David W. Fineman, Esq.
FBN: 0040993
Dfineman@DellutriLawGroup.com

4252.01

2