

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 07/01/2019 10:00 AM

### COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **9:19-bk-05580-FMD** | **7** | **06/12/2019** |

**Chapter 7**

**DEBTOR:**　　　　Louis Maier

**DEBTOR ATTY:　David Fineman**

**TRUSTEE:　　　Robert Tardif**

**HEARING:**

Emergency Motion to Determine Property is of Consequential Value to the Estate. Filed by James S. Myers on behalf of Creditor
　　　　QBE Insurance Corporation; Doc. # 11

**APPEARANCES::**　David Fineman, Robert Tardif, James Myers, Matthew Davis.

**RULING:**
Emergency Motion to Determine Property is of Consequential Value to the Estate. Filed by James S. Myers on behalf of Creditor
QBE Insurance Corporation; Doc. # 11 -　Granted Pending Further Order of the Court.　Order by Myers.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders
not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket
entry/document is not an official order of the Court.