ORDERED.

Dated:  July 03, 2019

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                    Case No. 9:19-bk-05580
                                                                                                Chapter 7
LOUIS ALAN MAIER,

     Debtor.
_____/

**ORDER GRANTING QBE INSURANCE CORP.'S EMERGENCY**
**MOTION TO PRESERVE ASSETS OF THE ESTATE**

This Matter came before the Court on July 1, 2019, for hearing of Creditor, QBE INSURANCE CORP.'s, Emergency Motion to Preserve Assets of the Estate (Doc. 11).  For the reasons stated on the record in open court, which shall constitute the Court's decision, the Court has determined the Motion should be granted.  Accordingly, it is

**ORDERED:**

1.    The Motion is GRANTED.

2.    Debtor shall not assign, transfer, hypothecate, or otherwise dissipate any assets belonging to, or held in Debtor's name as of the date of the filing of the Voluntary Petition for Chapter 7 Bankruptcy (Doc. 1), June 12, 2019, without prior order of this Court.

Attorney James S. Myers is directed to serve a copy of this Order on interested parties and to file a proof of service within 3 days of entry of the date of this Order.