UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

LOUIS ALAN MAIER,                                                  Case No. 9:19-bk-05580
                                                                               Chapter 7

      Debtor.
_____/

## PROOF OF SERVICE

The undersigned counsel for Creditor, QBE INSURANCE CORP. ("QBE"), hereby certifies that a true and correct copy of the *Order Granting QBE Insurance Corp.'s Emergency Motion to Preserve Assets of the Estate* (Doc. 23) was served on all interested parties as indicated below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed to all CM/ECF recipients and those parties listed on the creditor's matrix attached hereto on this 8th day of July 2019.

    /s/ *James S. Myers*
    James S. Myers
    Florida Bar No.: 64246
    MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP
    201 East Kennedy Boulevard, Suite 815
    Tampa, Florida 33602
    Phone: 813-285-5520
    Facsimile: 813-488-1183
    Email: jmyers@mdmc-law.com
    *Counsel for QBE Insurance Corporation*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-05580-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Jul  8 09:38:21 EDT 2019 | QBE Insurance Corporation<br>c/o McElroy Deutsch Mulvaney & Carpenter<br>201 East Kennedy Boulevard<br>Suite 815<br>Tampa, FL 33602-5870 | RLI Insurance Company<br>525 W. Van Buren<br>Suite 350<br>Chicago, IL 60607-3823 |
| CHEXSYSTEMS<br>CONSUMER RELATION<br>7805 HUDSON RD STE 100<br>WOODBURY, MN 55125-1595 | Dave Christa<br>600 East Avenue<br>Rochester, NY 14607-2089 | EAST COAST ELECTRIC, LLC<br>546 LYELL AVENUE<br>ROCHESTER, NY 14606-1825 |
| EQUIFAX CREDIT INFORMATION<br>SERVICES, INC.<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | ERNSTROM & DRESTE, LLP<br>C/O TODD R. BRAGGINS<br>925 CLINTON SQUARE<br>ROCHESTER, NY 14604-1708 | EXPERIAN<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626-7037 |
| Francis P. Weimer, Esq.<br>43 Court Street, Suite 730<br>Buffalo, NY 14202-3107 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MCELROY DEUTSCH MULVANEY &<br>CARPENTER, LLP<br>201 E KENNEDY BLVD, STE 815<br>TAMPA, FL 33602-5870 |
| (p)QBE INSURANCE CORPORATION<br>55 WATER STREET<br>NEW YORK NY 10041-0006 | Quermback Electric, Inc<br>215 Genesee Street<br>Buffalo, NY 14203-1597 | RENEE MAISTO<br>42 WESTMINSTER ROAD<br>ROCHESTER, NY 14607-2224 |
| RLI INSURANCE COMPANY<br>POB 3967<br>PEORIA, IL 61612-3967 | THEODORE M BAUM, ESQ.<br>820 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2704 | TRANSUNION CONSUMER SOLUTION<br>P.O. BOX 2000<br>CHESTER, PA 19016-2000 |
| US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 | US ATTORNEY'S OFFICE MD FLA<br>400 N TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | United States Trustee - FTM7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| David W Fineman<br>The Dellutri Law Group, PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 | Louis Alan Maier<br>4315 SW 25th Place<br>Cape Coral, FL 33914-6140 | Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

QBE INSURANCE CORPORATION
55 WATER STREET
NEW YORK, NY 10041

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)DAVID CHRISTA                        End of Label Matrix
NY                                      Mailable recipients   23
                                        Bypassed recipients    1
                                        Total                 24
```