IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

LOUIS ALAN MAIER                                    Case No. 9:19-bk-05580-FMD

        Debtors.
_____/

**NOTICE OF TRUSTEE'S ABANDONMENT OF PROPERTY OF THE ESTATE**

The Trustee pursuant to 11 U.S.C. § 554, United States Bankruptcy Code, and Rule 6007, Federal Rules of Bankruptcy Procedure, gives notice of the abandonment of the following property:

1. **Property Proposed to Be Abandoned**: 267-269 Burrows Street, Rochester, New York; 37-39 Dash Street, Rochester, New York; 74 Parkside Lane, Rochester, New York; 546 Lyell Avenue, Rochester, New York

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

2. **Reason for Proposed Abandonment**: The above-referenced properties are subject to mortgages. Based upon the Trustee's investigation there does not appear to be equity sufficient to warrant marketing and selling the properties given the anticipated closing costs and potential exposure created by keeping the properties within the estate.

                                              /s/ Robert E. Tardif Jr.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and David W. Fineman, and by regular U.S. Mail to Louis Alan Maier, 4315 S.W. 25th Place, Cape Coral, FL 33914 and all creditors and parties in interest as reflected on the creditors matrix this July 25, 2019.

/s/  Matthew  G.  Davis
Matthew G. Davis, Esquire
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 769-4803
Email: mdavis@mpdlgal.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-05580-FMD<br>Middle District of Florida<br>Ft. Myers<br>Thu Jul 25 08:35:16 EDT 2019 | Caryl E. Delano<br>Tampa<br>, FL | Louis Alan Maier<br>4315 SW 25th Place<br>Cape Coral, FL 33914-6140 |
| QBE Insurance Corporation<br>c/o McElroy Deutsch Mulvaney & Carpenter<br>201 East Kennedy Boulevard<br>Suite 815<br>Tampa, FL 33602-5870 | RLI Insurance Company<br>525 W. Van Buren<br>Suite 350<br>Chicago, IL 60607-3823 | CHEXSYSTEMS<br>CONSUMER RELATION<br>7805 HUDSON RD STE 100<br>WOODBURY, MN 55125-1595 |
| Dave Christa<br>600 East Avenue<br>Rochester, NY 14607-2089 | EAST COAST ELECTRIC, LLC<br>546 LYELL AVENUE<br>ROCHESTER, NY 14606-1825 | EQUIFAX CREDIT INFORMATION<br>SERVICES, INC.<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 |
| ERNSTROM & DRESTE, LLP<br>C/O TODD R. BRAGGINS<br>925 CLINTON SQUARE<br>ROCHESTER, NY 14604-1708 | EXPERIAN<br>475 ANTON BOULEVARD<br>COSTA MESA, CA 92626-7037 | Francis P. Weimer, Esq.<br>43 Court Street, Suite 730<br>Buffalo, NY 14202-3107 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MCELROY DEUTSCH MULVANEY &<br>CARPENTER, LLP<br>201 E KENNEDY BLVD, STE 815<br>TAMPA, FL 33602-5870 | (p)QBE INSURANCE CORPORATION<br>55 WATER STREET<br>NEW YORK NY 10041-0006 |
| Quermback Electric, Inc<br>215 Genesee Street<br>Buffalo, NY 14203-1597 | RENEE MAISTO<br>42 WESTMINSTER ROAD<br>ROCHESTER, NY 14607-2224 | RLI INSURANCE COMPANY<br>POB 3967<br>PEORIA, IL 61612-3967 |
| THEODORE M BAUM, ESQ.<br>820 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604-2704 | TRANSUNION CONSUMER SOLUTION<br>P.O. BOX 2000<br>CHESTER, PA 19016-2000 | US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0009 |
| US ATTORNEY'S OFFICE MD FLA<br>400 N TAMPA ST STE 3200<br>TAMPA, FL 33602-4774 | Robert E Tardif Jr.+<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | James S. Myers +<br>McElroy Deutsch Mulvaney & Carpenter LLP<br>Fifth Third Center<br>201 East Kennedy Boulevard, Suite 815<br>Tampa, FL 33602-5870 |
| United States Trustee - FTM7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | David W Fineman +<br>The Dellutri Law Group, PA<br>1436 Royal Palm Square Blvd.<br>Fort Myers, FL 33919-1049 | Matthew G Davis +<br>Mills Paskert Divers<br>100 North Tampa Street<br>Suite 3700<br>Tampa, FL 33602-5835 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF