

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/25/2019 09:30 AM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:19-bk-05580-FMD | 7 | 06/12/2019 |

Chapter 7

**DEBTOR:** Louis Maier

**DEBTOR ATTY:** David Fineman

**TRUSTEE:** Robert Tardif

**HEARING:**

Motion for Relief from Stay re: Litigation pending in New York against Non-Debtors EastCoast Electric LLC, Renee Maisto and Louis A. Maier II.   Contains negative notice. Filed by James S. Myers on behalf of Creditor QBE Insurance Corporation (related document(s)[1]). (Myers, James) Doc #10 (Fee not paid)
- Response to and Limited Objection to Motion for Relief from Automatic Stay Filed by QBE Insurance Corp. Filed by Trustee Robert E Tardif Jr. (related document(s)[10]). (Tardif, Robert) Doc #22

**APPEARANCES:**: David Lampley, Matthew Davis, Stephanie Johnson

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion for Relief from Stay re: Litigation pending in New York against Non-Debtors EastCoast Electric LLC, Renee Maisto and Louis A. Maier II.   Contains negative notice. Filed by James S. Myers on behalf of Creditor QBE Insurance Corporation (related document(s)[1]). (Myers, James) Doc #10 (Fee not paid) -   Granted in part as to non-debtors O/Johnson

- Response to and Limited Objection to Motion for Relief from Automatic Stay Filed by QBE Insurance Corp. Filed by Trustee Robert E Tardif Jr. (related document(s)[10]). (Tardif, Robert) Doc #22
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.