IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  
LOUIS ALAN MAIER

Case No. 9:19-bk-05580-FMD

  Debtor
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held in Room 4-102, Courtroom E, United States Courthouse, 2110 First Street, Fort Myers, FL 33901 on **August 29, 2019 at 9:30 a.m.** before the Honorable Caryl E. Delano, United States Bankruptcy Judge, to consider and act upon the following matter(s):

Trustee's Objection to Debtor's Claim of Exemption  
and Debtor's Response to Trustee's Objection to Claim of Exemption

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security, persons must present photo identification to enter the Courthouse.

### *Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent electronically to the Assistant United States Trustee and David Fineman and by regular U.S. Mail to Louis A. Maier, 4315 SW 25th Place, Cape Coral, FL 33914 this 5th day of August 2019.

/s/ Robert E. Tardif Jr.  
Robert E. Tardif Jr., Trustee  
Post Office Box 2140  
Fort Myers, FL 33902  
(239) 362-2755  
rtardif@comcast.net